**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| Patricia Powell, )</br>)</br>      Plaintiff. )</br>)</br>vs. )</br>)</br>CITY OF KANSAS CITY, et. al., )</br>)</br>      Defendants. ) | Case No. 04-0020-CV-W-SOW |

____X____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have

    been tried and the jury has rendered its verdict.

_____ **Decision by Court**. This action came to trial or hearing before the Court. The issues

    have been tried or heard and a decision has been rendered.

_____ **Decision by Court.** This action has come before the Court as a briefed matter and a
    decision has been rendered.

    Verdict-On plaintiff's claim of hostile work environment harassment based on sex as submitted in Instruction 6, we find in favor of Defendant Kansas City, Missouri.

    Verdict-On the retaliation claim of plaintiff, as submitted in Instruction 8, we find in favor of Defendant Kansas City, Missouri.


____4/26/2005____                                                                             /s/ P. J. Brune
Dated                                                                                           Clerk of the Court

                                                                                                        /s/ K. McIlvain
                                                                                                            Deputy Clerk