**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

**AMENDED JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| Patricia Powell, | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| vs. | ) Case No. 04-0020-CV-W-SOW |
| | ) |
| City of Kansas City, et. al., | ) |
| | ) |
| Defendants. | ) |

____X____ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have

       been tried and the jury has rendered its verdict.

_____ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues

       have been tried or heard and a decision has been rendered.

_____ **Decision by Court.**  This action has come before the Court as a briefed matter and a
       decision has been rendered.

    Verdict-On plaintiff's claim of hostile work environment harassment based on sex as submitted in Instruction 6, we find in favor of Defendant Kansas City, Missouri.

    Verdict-On the retaliation claim of plaintiff, as submitted in Instruction 8, we find in favor of Defendant Kansas City, Missouri.

    Defendant moved for directed verdict as to Defendant Clarence Brown on 4/13/2005.  Court granted same.


____5/16/005____                          /s/ P. J. Brune
Dated                                     Clerk of the Court

                                                               /s/ K. McIlvain
                                                               Deputy Clerk